IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAMILLAH SHEPPERSON ,**<br>              **Plaintiff,** | **CIVIL ACTION** |
| **v.** | |
| **NATIONAL CREDIT ADJUSTERS,**<br>              **Defendant.** | **NO.  16-577** |

## O R D E R

**AND NOW**, this 7th day of June, 2016, Defendant, National Credit Adjusters, having failed to plead or otherwise defend in this action, and said default having been duly entered on May 24, 2016, upon consideration of Plaintiff's Motion for Default Judgment against National Credit Adjusters (ECF No. 9) and the fact that Defendant is not an infant or incompetent person or in the military service of the United States it is hereby **ORDERED, ADJUDGED AND DECREED** that default judgment is entered in favor of Plaintiff and Plaintiff shall recover from Defendant, National Credit Adjusters, the sum of:

1. One thousand dollars ($1000.00) pursuant to Section 1692k(a)(2)(A) of the Fair Debt Collection Act, 15 U.S.C. § 1692k(a)(2)(A); and

2. Five thousand dollars ($5000.00) pursuant to Section 227(b)(3)(B) & (C) of the Telephone Consumer Protection Act, 47 U.S.C. § 227(b)(3)(B) & (C);

Plaintiff's request for the amount of costs and attorney's fees incurred in litigating this action is **DENIED WITHOUT PREJUDICE**.  Plaintiff is granted leave to refile her request for attorney's fees **with a supporting affidavit** no later than **June 17, 2016**.

                                                                            **BY THE COURT:**

                                                                            **/S/WENDY BEETLESTONE, J.**
                                                                            _____
                                                                            **WENDY BEETLESTONE, J.**